

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Holt and Frances Hodges,

Vs. No. 11-16-00097-CV

Hunt Oil Company and Jed Densman,

\* From the 118th District Court
of Martin County,
Trial Court No. 6842.

\* September 22, 2016

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered the parties' joint motion to dismiss this appeal with prejudice and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against the party incurring same.